1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9

10  ANTONIO SULLIVAN,                )      1:02-cv-06454-REC-SMS-HC
                                     )
11         Petitioner,               )      **ORDER ADOPTING FINDINGS AND**
                                     )      **RECOMMENDATIONS** (Doc. 30)
12  v.                               )
                                     )      **ORDER DENYING PETITION FOR**
13  MIKE YARBOROUGH,                 )      **WRIT OF HABEAS CORPUS**
                                     )
14         Respondent.               )      **ORDER DIRECTING CLERK TO**
    ─────────────────────────────────)      **ENTER JUDGMENT**

15

16        Petitioner is a state prisoner proceeding pro se with a

17  Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

18        On May 27, 2005, the Magistrate Judge filed Findings and

19  Recommendations that the Petition for Writ of Habeas Corpus be

20  DENIED, and the Clerk of Court enter judgment in favor or

21  Respondent.  These Findings and Recommendations were served on all

22  parties and contained notice that any objections were to be filed

23  within thirty (30) days from the date of service of that order.  To

24  date, the parties have not filed timely objections to the Findings

25  and Recommendations.[1]

26

27        _____

28        [1] The United States Postal Service returned the order served on petitioner on June 20, 2005, as undeliverable. A notation on the envelope indicated:  Return to Sender - Not at this address.  However, petitioner has not notified the court of any change in his address.  Absent such notice, service at a party's prior address is fully effective. See Local Rule 83-

                                      1

1    In accordance with the provisions of 28 U.S.C. § 636

2  (b)(1)(C), this Court has conducted a *de novo* review of the case.

3  Having carefully reviewed the entire file, the Court concludes that

4  the Magistrate Judge's Findings and Recommendations are supported

5  by the record and proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendations, filed May 27, 2005, are

8  ADOPTED IN FULL;

9    2.   The Petition for Writ of Habeas Corpus is DENIED; and,

10   3.   The Clerk of Court enter judgment in favor of Respondent.

11   IT IS SO ORDERED.

12 **Dated:  July 14, 2005**           **/s/ Robert E. Coyle**
   668554                         UNITED STATES DISTRICT JUDGE

182(d).

2