1

2

3

4

5

6                IN THE UNITED STATES DISTRICT COURT FOR THE

7                     EASTERN DISTRICT OF CALIFORNIA

8

9   ANTONIO SULLIVAN,            )        No. CV-F-02-6454 REC/SMS HC
                                 )
10                               )        ORDER GRANTING PETITIONER'S
                                 )        MOTIONS FOR RECONSIDERATION
11             Petitioner,       )        (Docs. 36 & 38), VACATING
                                 )        ORDER (Doc. 32) AND JUDGMENT
12        vs.                    )        (Doc. 33), DIRECTING CLERK
                                 )        TO CHANGE PETITIONER'S
13                               )        ADDRESS ON DOCKET AND RE-
    MIKE YARBOROUGH,             )        SERVE FINDINGS AND
14                               )        RECOMMENDATION (Doc. 30)
                                 )
15             Respondent.       )
                                 )
16  _____ )

17

18       Petitioner has moved the court to reconsider its Order

19  denying petitioner's petition for writ of habeas corpus and

20  vacate the judgment entered for respondent on July 14, 2005.

21  Petitioner contends that he was not served with the Findings and

22  Recommendation filed by the Magistrate Judge on May 27, 2005 and,

23  therefore, did not have the opportunity to file objections to the

24  recommendation.  The court's Order denying the petition noted

25  that petitioner was properly served with the Findings and

26  Recommendation even though service was returned by the Post

                                 1

Dockets.Justia.com

1  Office as undeliverable because petitioner had not filed a change

2  of address with the court.

3      In seeking reconsideration, petitioner contends that he

4  mailed a notice of change of address to the court on February 28,

5  2005.  Petitioner submits a log from the prison establishing that

6  he mailed a pleading to this court on February 28, 2005.

7  However, no pleading from petitioner has been filed with this

8  court since 2004.

9      The court concludes that petitioner did attempt to file a

10 notice of change of address with this court in February 2005 and

11 that the notice of change of address was either lost in the mail

12 or during processing by the Clerk's Office.  Consequently, the

13 court grants petitioner's motions for reconsideration and will

14 grant petitioner leave to file objections to the Findings and

15 Recommendation.

16     ACCORDINGLY:

17     1.  The Order denying petitioner's petition for writ of

18 habeas corpus filed on July 14, 2005 and the judgment for

19 respondent entered on July 14, 2005 are vacated.

20     2.  The Clerk of the Court is directed to change

21 petitioner's address on the docket to:

22         Antonio Sullivan
           P-85032
23         P.O. Box 4000 3-130
           Vacaville, CA 95696-4000
24

25     3.  The Clerk of the Court is directed to re-serve the

26 Findings and Recommendation filed on May 27, 2005 on petitioner

                                2

1  at the above address.

2       IT IS SO ORDERED.

3  **Dated:  August 22, 2005**              **/s/ Robert E. Coyle**
   668554                          UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26