# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO SULLIVAN,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>MIKE YARBOROUGH,<br><br>　　　　　Respondents.<br>_____/ | CV F   02-6454 REC SMS HC<br><br>ORDER DIRECTING CLERK OF COURT TO RESERVE COURT'S AUGUST 22, 2005 ORDER GRANTING PETITIONER'S MOTION FOR RECONSIDERATION ON PETITIONER ON PETITIONER AT HIS ADDRESS IN VACAVILLE<br><br>[Doc. 39] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On August 22, 2005, the undersigned granted Petitioner's motion for reconsideration as it appeared Petitioner had attempted to file a notice of address with the Court and never received the Findings and Recommendations of May 27, 2005.  In that order, the Clerk of Court was directed to change Petitioner's address on the docket to P.O. box 4000 3-130, Vacaville, CA 95696-4000.  Although this change is reflected in the docket, the order was inadvertently served at Petitioner's former address of record.  As such, it appears that Petitioner has likely never received the Court's August 22, 2005, order.  Therefore, the Court will direct the Clerk of Court to reserve the order.[1]

///

---

[1] A review of the docket reveals that the Findings and Recommendations of May 27, 2005, were served on Petitioner at his new address of record.  (Court Doc. 41.)

1

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court is directed to re-serve the order filed August 22, 2005, at Court Docket # 39, on Petitioner pursuant to his new address of record.

IT IS SO ORDERED.

**Dated:  September 13, 2005**                    **/s/ Robert E. Coyle**
668554                                         UNITED STATES DISTRICT JUDGE