# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO SULLIVAN, | CV F   02-6454 REC SMS HC |
|     Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | [Doc. 30] |
| MIKE YARBOROUGH, | |
|     Respondents. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 27, 2005, the Magistrate Judge assigned to this action issued Findings and Recommendations recommending that the instant petition for writ of habeas corpus be denied. The Findings and Recommendations were served on both parties and any objections were to be filed within thirty days from the date of service. On June 20, 2005, the Findings and Recommendations addressed to Petitioner were returned to this Court with a notation that Petitioner was "not at th[at] address." (Court Doc. 31.)  Thereafter, on July 14, 2005, the undersigned adopted the Findings and Recommendations in full. (Court Doc. 32.)

On August 10, 2005, Petitioner filed a motion for reconsideration indicating that he never received the Findings and Recommendations despite the fact that he mailed a notice of change of address to the Court on February 28, 2005.  On August 22, 2005, the undersigned granted Petitioner's motion for reconsideration, vacated the July 14, 2005, order adopting, and directed

that the Court re-serve the Findings and Recommendations of May 27, 2005.  On September 12, 2005, Petitioner filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued May 27, 2005, is ADOPTED IN FULL;
2. The Petition for Writ of Habeas Corpus is DENIED; and
3. The Clerk of the Court is DIRECTED to enter judgment in favor of Respondent.

IT IS SO ORDERED.

Dated:   **November 15, 2005**           /s/ Robert E. Coyle
668554                                   UNITED STATES DISTRICT JUDGE